141 A.3d 1274

**Raul A. PEREZ, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

July 19, 2016.

### *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of July 2016, the Order of the Commonwealth Court is **AFFIRMED.**